IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE E. MARLOW,           )<br>                             )<br>    Plaintiff,            )<br>                             )<br>  v.                         )<br>                             )<br>MICHAEL J. ASTRUE,           )<br>Commissioner of Social Security, )<br>                             )<br>    Defendant.           ) | CIVIL ACTION NO. 2:08-cv-233-SRW<br>(WO) |

**JUDGMENT**

In accordance with the Memorandum of Opinion entered on this date, it is

ORDERED, ADJUDGED and DECREED that the decision of the Commissioner is AFFIRMED.

Done, this 30th day of April, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE